[No. 24809-3-II.   Division Two.   October 20, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANITRA DAWN WELCH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00095-6, David R. Draper, J., entered June 18, 1999. *Affirmed* by unpublished opinion per Wang, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 24863-8-II.   Division Two.   October 20, 2000.]

*In the Matter of the Marriage of* MARLEEN A. HARNISHFEGER, *Respondent* and FREDERICK H. HARNISHFEGER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-01029-8, Arthur W. Verharen, J., entered June 11, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 24293-1-II.   Division Two.   October 20, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. AMY JOYCE WEIR, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-02058-1, James D. Ladley, J., entered February 2, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Wang, JJ.

[No. 44147-7-I.   Division One.   October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ERLING P. BIGGNESS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-1-00158-6, John M. Meyer, J., entered December 21, 1998. *Affirmed* by unpublished per curiam opinion.